United States Courts
Southern District of Texas
FILED

February 11, 2026

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>1) JCOI BARLEY,<br>a/k/a "SMILEY,"<br><br>(2) WALTER HARRIS,<br><br>(3) TERRELL DAVIS,<br>a/k/a "RELL D,"<br><br>(4) WALTER TOLBERT,<br>a/k/a "LIL WALT,"<br><br>(5) SHAKEIL ANDERSON,<br>a/k/a "KEIL" and "32,"<br><br>(6) QUINCY ANDERSON,<br>a/k/a "Q,"<br><br>(7) JAKOBE ANDERSON,<br>a/k/a "24,"<br><br>(8) CHASE FRANKLIN-WILLIAMS,<br>a/k/a "JANKY,"<br><br>(9) TERRY ARDOIN,<br>a/k/a "JERICHO" and "TERRIO,"<br><br>(10) TRAVONTE ARDOIN,<br><br>(11) DEANDRE THOMPSON,<br>a/k/a "MAN MAN,"<br><br>(12) DERRICK BLAND,<br><br>(13) EMERY GOODLEY,<br>a/k/a "EJ,"<br><br>(14) JYMONTE MCCLENDON,<br>a/k/a "TUTTIE" and "RED FOX,"<br><br>(15) MARK ATLEE, | CRIMINAL NO. _____ **4:22-cr-577**<br><br><br><br>Case No. 22 – CR – 577 |

1

a/k/a "LIL MARK,"

(16) MAURKAEL BROWN,
a/k/a "KAEL,"

(17) ORLANDER CALLOWAY,
a/k/a "TUEY,"

(18) JAYLON LEVINE,

(19) JASON ARGUETA,
a/k/a "JASO" and "JAYSO,"

and

(20) JOSE QUIROZ,
a/k/a "JR."

      Defendants.

## MOTION TO UNSEAL INDICTMENT

COMES NOW, the United States of America, by and through the undersigned attorneys and very respectfully requests the Court to enter an order directing the Clerk of the Court to <u>unseal</u> the instant Superseding Indictment for all Defendants.

Respectfully Submitted,

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

_____
RALPH PARADISO
Trial Attorney
United States Department of Justice
Violent Crime and Racketeering Section

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>1) JCOI BARLEY,<br>a/k/a "SMILEY,"<br><br>(2) WALTER HARRIS,<br><br>(3) TERRELL DAVIS,<br>a/k/a "RELL D,"<br><br>(4) WALTER TOLBERT,<br>a/k/a "LIL WALT,"<br><br>(5) SHAKEIL ANDERSON,<br>a/k/a "KEIL" and "32,"<br><br>(6) QUINCY ANDERSON,<br>a/k/a "Q,"<br><br>(7) JAKOBE ANDERSON,<br>a/k/a "24,"<br><br>(8) CHASE FRANKLIN-WILLIAMS,<br>a/k/a "JANKY,"<br><br>(9) TERRY ARDOIN,<br>a/k/a "JERICHO" and "TERRIO,"<br><br>(10) TRAVONTE ARDOIN,<br><br>(11) DEANDRE THOMPSON,<br>a/k/a "MAN MAN,"<br><br>(12) DERRICK BLAND,<br><br>(13) EMERY GOODLEY,<br>a/k/a "EJ,"<br><br>(14) JYMONTE MCCLENDON,<br>a/k/a "TUTTIE" and "RED FOX,"<br><br>(15) MARK ATLEE, | CRIMINAL NO.**4:22-cr-577**_____<br><br>Case No. 22 – CR – 577 |

1